1

2

3

4

5

6

7

8

9

10

11

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | | |
|---|---|---|
| CYNTHIA S. PASCUAL, | ) | No. CV 07-8079-GAF (PLA) |
| Plaintiff, | ) | |
| v. | ) | **JUDGMENT** |
| MICHAEL J. ASTRUE,<br>COMMISSIONER OF THE SOCIAL<br>SECURITY ADMINISTRATION, | ) | |
| Defendant. | ) | |

Pursuant to the order adopting the magistrate judge's report and recommendation,

IT IS HEREBY ADJUDGED that the decision of the defendant, the Commissioner of Social

Security Administration, is affirmed consistent with the Report and Recommendation

DATED: November 26, 2008

_____
HONORABLE GARY A. FEESS
UNITED STATES DISTRICT JUDGE